UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THOMAS CADWELL,                      Civil No. 06-1681 DSD/AJB

      Plaintiff,

v.                                      O R D E R

DAKOTA COUNTY LAW
ENFORCEMENT,

      Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated May 9, 2006, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's Application to Proceed Without Prepayment of Fees, (Docket No. 2), is denied; and

2. This action is summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DATED: May 30, 2006

                                             s/David S. Doty
                                             David S. Doty, Judge
                                             United States District Court